## Commonwealth *v.* Smith, Appellant.

Submitted September 14, 1967. *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Benjamin H. Levintow* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thompson, Appellant.

Submitted September 11, 1967. *Raymond E. Thompson,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.